# EXHIBIT TO THE COMPLAINT

# FULLY REDACTED PUBLIC VERSION

The entire exhibit is redacted.