# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XR10 CAPITAL, LLC,<br><br>                    Plaintiff<br><br>     v.<br><br>NICKOLAS L. REINHART,<br><br>                    Defendant | C.A. No 24-cv-00401-RGA<br><br>PUBLIC VERSION |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, XR10 Capital, LLC ("Plaintiff") submits this Corporate Disclosure Statement and respectfully states as follows:

1. Plaintiff is a Delaware limited liability company headquartered in Beverly Hills, California.

2. Plaintiff's sole member is the Green Living Trust.

3. The Green Living Trust is organized under the laws of California and has two trustees who are residents of California.

Jurisdiction in this matter is based on diversity of citizenship under 28 U.S.C. § 1332(a). Upon information and belief, Defendant Nickolas L. Reinhart maintains dual residences in Ohio and Florida.

**[SIGNATURE BLOCK ON NEXT PAGE]**

| | |
|---|---|
| Dated: March 28, 2024 | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |

/s/ *R. Montgomery Donaldson*
R. Montgomery Donaldson (DE Bar #4367)
Stefania A. Rosca (DE Bar #6494)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Tel: (302) 504-7800
rdonaldson@mmwr.com
srosca@mmwr.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

Timothy J. Pastore, Esquire
(application for admission *pro hac vice* forthcoming)
MONTGOMERY McCRACKEN
 WALKER & RHOADS LLP
437 Madison Avenue, 24th Floor
New York, NY 10022
(212) 551-7707
tpastore@mmwr.com

Brett M. Waldron, Esquire
Elizabeth Catalano, Esquire
MONTGOMERY McCRACKEN
 WALKER & RHOADS LLP
1735 Market Street
Philadelphia, PA  19103
(215) 772-1500
bwaldron@mmwr.com
ecatalano@mmwr.com